IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )       Case №: 6:26-PO-00071-1 HBK
                                )
          Plaintiff,            )       **O R D E R**
                                )       **APPOINTING COUNSEL**
          vs.                   )
                                )
HENGQIAN GUO,                   )
                                )
          Defendant.            )
                                )

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that P. Jarrett Cline,  be appointed to represent the above defendant in this case effective *nunc pro tunc* to March 17, 2026.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

Dated:  ___March 17, 2026___        _____
                                    HELENA M. BARCH-KUCHTA
                                    UNITED STATES MAGISTRATE JUDGE

-1-